**No. 10-7136. Donald Ray Wells, Petitioner v. Roseanne Campbell, Warden, et al.**

562 U.S. 1114, 131 S. Ct. 833, 178 L. Ed. 2d 566, 2010 U.S. LEXIS 9659.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 634.